UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD M. GOODMAN,                                                NO. 05-11751

    Plaintiff,

    v.

MASSACHUSETTS DEPARTMENT OF CORRECTION,
KATHLEEN DENNEHY,
LUIS SPENCER,
DANIEL CALIS,
ANDREW REGO, and
SCOTT PAIVA,

    Defendants.

## NOTICE OF APPEARANCE

Without waiving the right of any defendant to service pursuant to the provisions of Fed.R.Civ.P. 4, counsel enters appearance for the defendants.

Dated: October 12, 2005                     Respectfully submitted,

                                              NANCY ANKERS WHITE
                                              Special Asst. Attorney General

                                              /s/ William D. Saltzman
                                              William D. Saltzman
                                              BBO No. 439749
                                              Department of Correction Legal Division
                                              70 Franklin Street, Suite 600
                                              Boston, Massachusetts 02110
                                              (617) 727-3300, Ext. 154