LAW OFFICES
**FRANK J. McGEE**
1952 OCEAN STREET
MARSHFIELD, MASSACHUSETTS 02050-3424
TEL. (781) 834-4690
FAX. (781) 837-1680

April 24, 2006

The Honorable Richard G. Stearns
United States District Judge for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

ATT: Mary H. Johnson, Courtroom Clerk

re:   Richard M. Goodman
vs:   Department of Correction et als
      U.S. District Court Docket # 05-11751RGS

Dear Ms. Johnson:

    I am enclosing a notice from the Department of the Army regarding my client, Richard Goodman.  This document replaces the earlier document which I had forwarded to you.

    Mr. Goodman is now required to report for active duty on 30 April 2006, and will remain on active duty for a period of 584 days.

Very truly yours,

FRANK J. McGEE

FJM/sjb

cc:   William Saltzman, Esquire

DEPARTMENT OF THE ARMY
ARMY RESERVE MEDICAL COMMAND
2801 GRAND AVENUE
PINELLAS PARK, FLORIDA  33782-6140

ORDERS 06-111-00096                                                    21 April 2006

GOODMAN RICHARD M                         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 MSG
272 ENDICOTT AVE.                         0399 MC HSP    CSH DET 13 (WSA6Y6)
REVERE, MA  02151-0000                    BEDFORD, MA  01731-3008


You are ordered to Active Duty as a member of your Reserve Component unit for the
period indicated unless sooner released or unless extended. Proceed from your
current location in sufficient time to report by the date specified. You enter
active duty upon reporting to unit home station.


Report to: 0399 MC HSP    CSH DET 13 (WSA6Y6), 31 GRENIER STREET, BEDFORD, MA
           01731-3008   Report On: 30 April 2006
Report to: Fort McCoy, Building 2541, W. E Street, Fort McCoy, WI  54656 Report On:
           03 May 2006
Period of active duty: 584 Days
Purpose: Mobilization for IRAQI FREEDOM (IRAQ) (2003 - TBD)
Mobilization category code:  "V"
Additional instructions: (01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14,
                         15, 16, 17, 20) See page 2

FOR ARMY USE
AUTHORITY: HQ, FUSA, PERM ORD 1A-06-110-005, DTD 20 APRIL 2006
Accounting classification:
    OFFICERS: 2162010.000 01-1100 P1X1A00 11**/12** VIRQ F9203 5570 S12120
    ENLISTED: 2162010.000 01-1100 P2X2A00 11**/12** VIRQ F9203 5570 S12120
    2162020.0000 01-1100 P135198 21**/22**/25** VIRQ F9203 5570 S12120 (OIF)
Sex:  M
MDC: PME6
PMOS/AOC/ASI/LIC: 91W5
HOR: REVERE, MA
PEBD:  17 May 1975
DOR: 21 May 2000
Security clearance: INTERIM TOP SECRET
Comp:  USAR
Format: 165


                              ******************************************
                              *                                         *
                              *              OFFICIAL                   *
                              *              AR-MEDCOM                  *
                              *                                         *
                              ******************************************
                              CORINNE M. RITTER
                              LTC, MS,
                              Deputy Chief of Staff, G-1


DISTRIBUTION: M1 PLUS
INDIVIDUAL CONCERNED (4)
FAMILY ASSISTANCE OFFICER (1)
MPRJ
FILE (ORIGINAL + 1)

LAW OFFICES<br>
**FRANK J. McGEE**<br>
1952 OCEAN STREET<br>
MARSHFIELD, MASSACHUSETTS 02050-3424<br>
TEL. (781) 834-4690<br>
FAX. (781) 837-1680

April 5, 2006

The Honorable Richard G. Stearns
United States District Judge for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

ATT: Mary H. Johnson, Courtroom Clerk

re:  Richard M. Goodman
vs:  Department of Correction et als
     U.S. District Court Docket # 05-11751RGS

Dear Ms. Johnson:

Enclosed please find a copy of a Department of the Army document ordering Richard M. Goodman to active duty commencing 8 June 2006. As you can see, the period of active duty is for 545 days and he has been informed that after a training period at Fort McCoy, Wisconsin, he will be deployed to Iraq with the Army Reserve Medical Command.

I would appreciate your guidance as to what should be filed in connection with the above captioned matter.

Thanking you in advance for your cooperation, I am

Very truly yours,

*[signature]*
FRANK J. McGEE

FJM/sjb
cc:  Mr. Richard Goodman

DEPARTMENT OF THE ARMY
ARMY RESERVE MEDICAL COMMAND
2801 GRAND AVENUE
PINELLAS PARK, FLORIDA  33782-6140

ORDERS 06-090-00061                                          31 March 2006

GOODMAN RICHARD M                    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 MSG
272 ENDICOTT AVE.                    0399 MC HSP    HQ CO B (WSA6B1)
REVERE, MA  02151-0000               TAUNTON, MA  02780-2399


You are ordered to Active Duty as a member of your Reserve Component unit for the
period indicated unless sooner released or unless extended. Proceed from your
current location in sufficient time to report by the date specified. You enter
active duty upon reporting to unit home station.


Report to: 0399 MC HSP    HQ CO B (WSA6B1), 130 ELDRIDGE STREET, TAUNTON, MA
           02780-2399   Report On: 08 June 2006
Report to: Fort McCoy, Building 2541, W. E Street, Fort McCoy, WI  54656 Report On:
           11 June 2006
Period of active duty: 545 Days
Purpose: Mobilization for IRAQI FREEDOM (IRAQ) (2003 - TBD)
Mobilization category code:  "V"
Additional instructions: (01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14,
                          15, 16, 17, 20) See page 2

FOR ARMY USE
AUTHORITY: HQ, FUSA, PERM ORD 1A-06-038-026, DTD 07 FEBRUARY 2006
Accounting classification:
    OFFICERS: 2162010.0000 01-1100 P1X1A00 11**/12** VIRQ F9203 5570 S12120
    ENLISTED: 2162010.0000 01-1100 P2X2A00 11**/12** VIRQ F9203 5570 S12120
    2162020.0000 01-1100 P135198 21**/22**/25** VIRQ F9203 5570 S12120 (OIF)
Sex:  M
MDC: PME6
PMOS/AOC/ASI/LIC: 91W5
HOR: REVERE, MA
PEBD:  17 May 1975
DOR: 21 May 2000
Security clearance: INTERIM TOP SECRET
Comp:  USAR
Format: 165


                              *******************************************
                              *                                         *
                              *              OFFICIAL                   *
                              *              AR-MEDCOM                  *
                              *                                         *
                              *******************************************
                              CORINNE M. RITTER
                              LTC, MS
                              Deputy Chief of Staff, G-1


DISTRIBUTION: M1 PLUS
INDIVIDUAL CONCERNED (4)
FAMILY ASSISTANCE OFFICER (1)
MPRJ
FILE (ORIGINAL + 1)