UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RICHARD M. GOODMAN

      V.                    CIVIL ACTION NO. 05-11751-RGS

MASS. DEPARTMENT OF CORRECTION, ET AL

## ORDER FOR STATISTICAL CLOSING

**STEARNS, DJ.**                            **FEBRUARY 27, 2007**

BECAUSE OF THE PENDING STATUS OF THE PLAINTIFF IN THE ABOVE-CAPTIONED ACTION WHICH HAS BEEN REPORTED TO THIS COURT BY COUNSEL, AND IN ORDER TO AVOID PERIODIC STATUS REPORTS OR CONFERENCES, THIS COURT WILL STATISTICALLY "CLOSE" THE INSTANT CASE. THE MATTER WILL BE IMMEDIATELY RE-OPENED BY THE CLERK UPON NOTICE FROM PLAINTIFF'S COUNSEL TO THIS COURT THAT THE PLAINTIFF HAS RETURNED FROM ACTIVE DUTY, AND DISCOVERY CAN BE RE-OPENED AND COMPLETED.

      SO ORDERED.

                                            /s/ Richard G. Stearns
                                    _____
                                       **United States District Judge**